**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02090-KLM

ANDREA STEPHENS,

    Plaintiff,

v.

COMCAST CORPORATION,

    Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andrea Stephens ("Plaintiff"), by and through her attorney Diane S. King of King & Greisen, LLP, hereby submits this notice of dismissal without prejudice. Plaintiff hereby dismisses all claims brought in this action against Defendant Comcast Corporation without prejudice. Plaintiff may choose to pursue such claims in binding arbitration.

Respectfully submitted on September 2, 2021, by:

                      KING & GREISEN, LLP

                      /s/ *Diane S. King*
                      Diane S. King
                      KING & GREISEN, LLP
                      1670 York Street
                      Denver, CO 80206
                      (303) 298-9878 (voice)
                      (303) 298-9879 (fax)
                      king@kinggreisen.com

                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 2, 2021, I electronically filed the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will effect service on all attorneys of record and all other persons who have requested electronic service in this action.

/s/ *Kayla Smith*
Kayla Smith, Paralegal